UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 7 |
| Javier Castagnola | Case No. 8-14-75123 |
| Debtor | |
| Michaels Electrical Supply Corp. | |
| Plaintiff | Adversary Proceeding No. 8-15-8163 |
| against | |
| Javier Castagnola | |
| Defendant | |

**Notice of Motion to Dismiss**

    Please take notice that upon the memorandum of law and all prior pleadings and proceedings in this action, defendant, debtor, Javier Castagnola will move this Court located at 290 Federal Plaza, Central Islip, New York 11722, before the Honorable Louis A. Scarcella on October 1,, 2015 at 11:00 AM for an Order dismissing the amended complaint pursuant to FRCP 12(b) on the basis that the complaint fails to state a cause of action upon which relief can be granted, awarding costs and attorney fees to defendant and for such other and further relief as the court deems appropriate.

Dated: September 3, 2015

                                                                               <u>*s/ Lawrence Katz*</u>
                                                                               Lawrence Katz
                                                                               445 Central Avenue Suite 201
                                                                               Cedarhurst, New York 11516
                                                                               Telephone  (516) 374-2118
                                                                              Facsimile   (516) 706-2404