**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- X
In Re:

    JAVIER CASTAGNOLA,                        Chapter 7

                    Debtor.                        Case No: 8-14-75123-las
---------------------------------------------------------------- X
MICHAELS ELECTRCIAL SUPPLY CORP.,

                    Plaintiff

v.                                                            Adversary Proceeding
                                                             No. 8-15-8163

JAVIER CASTAGNOLA,

                    Defendant.
---------------------------------------------------------------- X

## **ANSWER**

        Defendant herein by his attorney Lawrence Katz, Esq., answer the complaint, upon information and belief, as follows:

1.      Defendant denies the allegations contained in paragraphs numbered 3, 9-11, 15, 18-25, 28, and 30-31.

2.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 4, 6-8, 2-14, 16-17, 26-27, and 29 except refers all questions of law to the Court.

3.      Defendant admit the allegations contained in paragraph numbered 5, to the extent that at some point in time the defendant operated a business at that address.

                                FIRST AFFIRMATIVE DEFENSE

4.      Plaintiffs' complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

5. Statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

6. Plaintiff is in contempt of court for having seized and retained wages belonging to the debtor-defendant.

WHEREFORE, defendants demand judgment as follows:

    a. Dismissing the complaint in all respects together with the costs and disbursements of this action; and

    b. Such other or further relief as the Court deems proper.

Dated: May 25, 2017

s/ Lawrence Katz
Lawrence Katz
70 East Sunrise Highway Suite 500
Valley Stream, New York 11581
Telephone  (516) 374-2118
Facsimile   (516) 544-8878
lkatz@lawkatz.com
