# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: cmoffett | Date Created: 7/10/2017 |
| Case: 8−15−08163−las | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Lawrence Katz      lkatz@lawkatz.com
aty      Timothy LeFebvre      tim.lefebvre@gmail.com

                                                 TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust      United States Trustee      Long Island Federal Courthouse      560 Federal Plaza – Room 560      Central Islip, NY 11722−4437

                                                 TOTAL: 1