**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

In Re:

      JAVIER CASTAGNOLA,                   Chapter 7

                      Debtor.          Case No: 8-14-75123-las

---------------------------------------------------------------- X

MICHAELS ELECTRCIAL  SUPPLY CORP.,     INITIAL  DISCLOSURES
                                          PURSUANT  TO FED. RULE
                                        OF CIVIL PROCEDURE  26(a)(1)

                    Plaintiff

v.                                   Adversary  Proceeding
                                   No. 8-15-8163

JAVIER CASTAGNOLA,

                    Defendant.

---------------------------------------------------------------- X

<u>PLAINTIFF MICHAELS ELECTRICAL  SUPPLY CORP.'S INITIAL  DISCLOSURES
PURSUANT  TO FEDERAL  RULE OF CIVIL PROCEDURE  26(a)(1)</u>

Tim LeFebvre, Esq.
LeFebvre Law, PLLC
41 Front Street, Second Floor
Rockville  Centre, NY 11570
516 543 3277

<u>PLAINTIFF MICHAELS ELECTRICAL SUPPLY CORP.'S INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Scheduling Order, plaintiff, Michaels Electrical Supply Corp. ("Michaels"), through its undersigned counsel, makes the following initial disclosures to the defendant in the above-referenced action. These disclosures are based on information presently known and reasonably available to Michaels and which Michaels reasonably believes may be of use in support of its claims. Continuing investigation and discovery may cause Michaels to amend these initial disclosures, including by identifying other potential witnesses, documents and by disclosing other pertinent information. Michaels therefore reserves the right to supplement these initial disclosures.

By providing these initial disclosures, Michaels does not represent that it is identifying every document, tangible thing or witness possibly relevant to this action. In addition, these disclosures are made without Michaels in any way waiving its right to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden, confidentiality, or any other appropriate grounds. Furthermore, these disclosures are not an admission by Michaels regarding any matter.

Each and every disclosure set forth below is subject to the above qualifications and limitations.

**1. Individuals Likely To Have Discoverable Information**

Individuals likely to have discoverable factual information that Michaels may use to support its claims in the above-referenced lawsuits are:

a. Marvin Greenberg, president of Michaels Electrical Supply Corp.

## 2. Description of Documents

The following enumerates documents, data compilations, and other tangible things in the possession, control or custody of Michaels that Michaels may use to support its claims:

a. Accounts Receivable Statements for jobs known as "Shore Drive," "Bryer," "Atlantic Ave," "Wyckoff," "Arties," "Patterson," "Lyn Drive," "Oceanside," "401 Misseltoe," "Franklin Square," "Claudia," "Great Neck," "Richards," "Cedarhurst," "Far Rockaway," "Margaret Ave," "Dolphin Road," "Tanglewood 400," "1407 Broadway," "Andy Mandel," "Malverne," "Causeway," and "Pet Care."

b. Invoices for jobs known as "Shore Drive," "Bryer," "Atlantic Ave," "Wyckoff," "Arties," "Patterson," "Lyn Drive," "Oceanside," "401 Misseltoe," "Franklin Square," "Claudia," "Great Neck," "Richards," "Cedarhurst," "Far Rockaway," "Margaret Ave," "Dolphin Road," "Tanglewood 400," "1407 Broadway," "Andy Mandel," "Malverne," "Causeway," and "Pet Care."

## 3. Computation of Damages

Michaels seeks recovery of damages from the defendant in this action in an amount equal to any funds received by defendant on the above referenced jobs that were misappropriated, up to and including $36,939.83, along with costs and attorney fees. Michaels would present evidence of its court costs and attorney fees after prevailing in this action.

Dated: July 24, 2017                                   Respectfully submitted,
Rockville Centre, New York                        *LeFebvre Law, PLLC*


                                                              _____S/TLL_____
                                            By:    Tim LeFebvre, Esq.
                                                      *Attorneys for Plaintiff/Creditor*
                                                      *Michaels Electrical Supply Corp.*

41 Front Street, Second Floor
Rockville Centre, NY 11570
T: 516 543 3277
F: 516 706 8783