UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                                        Case No.:8-14-75123-las

Javier Castagnola,

                                                        Chapter 7

                        Debtor.
-------------------------------------------------------X
Michaels Electrical Supply Corp.,

                                                        Adv. Pro. No.: 8-15-8163-las

                        Plaintiff,

    -  against  -

Javier Castagnola,

                        Defendant.
-------------------------------------------------------X

**ORDER SCHEDULING HEARING ON DISCOVERY**

The Court having entered a Scheduling Order on July 10, 2017 directing that all discovery shall be completed no later than October 6, 2017; and plaintiff Michaels Electrical Supply Corp. having filed a letter dated August 11, 2017 ("August 11, 2017 Letter") in the main bankruptcy case informing the Court regarding plaintiff's inability to obtain a response from Lawrence Katz, counsel for defendant Javier Castagnola, regarding discovery and requesting a discovery conference; and it is hereby

ORDERED, that a discovery conference is scheduled for <u>September 12, 2017 at 10:00 a.m.</u> in Courtroom 970, United States Bankruptcy Court, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722; and it is further

ORDERED, that on or before <u>August 23, 2017</u>,  plaintiff is directed to serve by first class mail a copy of the August 11, 2017 Letter and this Order on defendant and his counsel; and it is further

ORDERED, that plaintiff shall file proof of service on or before <u>August 23, 2017</u>; and it is further

ORDERED, that any response to the August 11, 2017 Letter shall be filed with the Court and served upon plaintiff's counsel no later than <u>September 6, 2017</u>.



**Dated: August 18, 2017**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**