```
                         United States Bankruptcy Court
                          Eastern District of New York
```

Michaels Electrical Supply Corp.,
      Plaintiff

Adv. Proc. No. 15-08163-las

Castagnola,
      Defendant

# CERTIFICATE OF NOTICE

District/off: 0207-8      User: cmoffett      Page 1 of 1      Date Rcvd: Aug 18, 2017
                   Form ID: pdf000    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Aug 18 2017 18:23:50      United States Trustee,
          Long Island Federal Courthouse,    560 Federal Plaza - Room 560,    Central Islip, NY 11722-4456
                                                                                                                                         TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:
         Lawrence   Katz   on behalf of Defendant Javier  Castagnola lkatz@lawkatz.com
         Timothy   LeFebvre   on behalf of Plaintiff   Michaels Electrical Supply Corp.
           tim.lefebvre@gmail.com
                                                                                                                       TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Javier Castagnola,

                         Debtor.
-------------------------------------------------------X
Michaels Electrical Supply Corp.,

                         Plaintiff,

     -   against   -

Javier Castagnola,

                         Defendant.
-------------------------------------------------------X

Case No.:8-14-75123-las

Chapter 7

Adv. Pro. No.: 8-15-8163-las

## ORDER SCHEDULING HEARING ON DISCOVERY

The Court having entered a Scheduling Order on July 10, 2017 directing that all discovery shall be completed no later than October 6, 2017; and plaintiff Michaels Electrical Supply Corp. having filed a letter dated August 11, 2017 ("August 11, 2017 Letter") in the main bankruptcy case informing the Court regarding plaintiff's inability to obtain a response from Lawrence Katz, counsel for defendant Javier Castagnola, regarding discovery and requesting a discovery conference; and it is hereby

ORDERED, that a discovery conference is scheduled for <u>September 12, 2017 at 10:00 a.m.</u> in Courtroom 970, United States Bankruptcy Court, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722; and it is further

ORDERED, that on or before <u>August 23, 2017</u>, plaintiff is directed to serve by first class mail a copy of the August 11, 2017 Letter and this Order on defendant and his counsel; and it is further

ORDERED, that plaintiff shall file proof of service on or before <u>August 23, 2017</u>; and it is further

ORDERED, that any response to the August 11, 2017 Letter shall be filed with the Court and served upon plaintiff's counsel no later than <u>September 6, 2017</u>.



**Dated: August 18, 2017**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**